IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

UNITED STATES OF AMERICA      §
     §
V.      §      CRIMINAL NO.  6:17CR 63
     §
WILLIAM BUCK HARRIS      §

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

Violation: 21 U.S.C. § 841(a)(1) (possession
with intent to distribute methamphetamine)

On or about January 24, 2017, in Wood County, Texas, in the Eastern District of Texas, **William Buck Harris**, Defendant herein, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

### Pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461

As the result of committing the foregoing offense alleged in this information, the defendant herein shall forfeit to the United States, pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461, any property constituting, or derived from proceeds the defendant obtained as the result of such violation; and any and all personal property used or intended to be used to commit the offense, including but not limited to the following:

**Money Judgment**

A sum of money equal to $15,000.00 in United States currency, representing the amount of proceeds obtained by the defendant as a result of the offense alleged in Count One of the information, which charges a violation of 21 U.S.C. § 841(a)(1), possession with intent to distribute methamphetamine, for which the defendant is personally liable.

**Substitute Assets**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant –

   (a)   cannot be located upon the exercise of due diligence;
   (b)   has been transferred or sold to, or deposited with a third person;
   (c)   has been placed beyond the jurisdiction of the court;
   (d)   has been substantially diminished in value; or
   (e)   has been commingled with other property which cannot be
          subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendant.

By virtue of the commission of the offenses alleged in this Indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461.

Respectfully submitted,

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

Mary Ann Cozby
Assistant United States Attorney
Texas Bar No. 02656020
110 N. College, Suite 700
Tyler, Texas  75702
(903) 590-1400
(903) 590-1439 (fax)
Mary.Ann.Cozby@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO.  6:17CR____ |
| | § | |
| WILLIAM BUCK HARRIS | § | |

## NOTICE OF PENALTY

### COUNT 1

Violation:              21 U.S.C. § 841(a)(1)

Penalty:               Not less than 5 nor more than 40 years imprisonment,
                           a fine not to exceed $5,000,000 or both - supervised
                           release of at least 4 years.

Special Assessment:    $100.00